OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

ANONYMOUS ATTORNEY,
Respondent.

No. 449 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 27, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 27th day of September, 2000, it is ordered that the charges docketed at No. 22 DB 1998 be dismissed.

Justice NIGRO files a dissenting statement.

NIGRO, Justice, Dissenting.

I dissent because I find that there was clear and sufficient evidence to establish that Respondent committed numerous violations of Rule of Professional Conduct 1.1.